IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-cr-30051-MJR |
| ) | |
| PHILIP COHN, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM and ORDER**

REAGAN, District Judge:

Under pre-***Booker*** sentencing law,[1] district courts were required to notify the parties when contemplating a departure from the applicable guideline range, if that departure was based on a ground not identified in the presentence report ("PSR") or the parties' pre-sentencing hearing submissions. ***See Burns v. United States*, 501 U.S. 129, 138-39 (1991).**

Indeed, **FEDERAL RULE OF CRIMINAL PROCEDURE 32(h)** provides:

> Before the court may depart from the applicable sentencing range on a ground not identified for departure either in the presentence report or in a party's prehearing submission, the court must give the parties reasonable notice that it is contemplating such a departure. The notice must specify any ground on which the court is contemplating a departure.

While the sentencing guidelines, post-***Booker***, are merely advisory, this Court still finds Rule 32's notice-of-intent-to-depart provision consistent with due process and fundamental fairness.

Accordingly, Defendant Philip Cohn and the Government are **NOTIFIED** that the Court may vary upward from the applicable guideline range, in keeping with the Court's obligation to fully consider all the factors delineated in **18 U.S.C. § 3553**. The potential upward departure is

---

[1] *United States v. Booker*, -- U.S. --, 125 S.Ct. 738 (2005).

based upon the following grounds:

  (1) Defendant Cohn's conduct outlined in Paragraphs 74 and 75 of the PSR, which was not considered in the guideline computation;

  (2) Defendant Cohn's conduct outlined in Paragraph 77 of the PSR, which was not considered in the guideline computation; and

  (3) Defendant Cohn's conduct outlined in Paragraphs 78 through 80 of the PSR, which was not considered in the guideline computation.

Sentencing remains set on **Friday, May 20, 2005** but will commence at **9:30 am** rather than 10:00 am.

**DATED this 2nd day of May, 2005.**

            **s/ Michael J. Reagan**
            **MICHAEL J. REAGAN**
            **United States District Judge**